**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

DONNA MANGINI                                    CIVIL ACTION NO.:

     Plaintiff

        v.

LOWE'S HOME CENTER, LLC,                          Date:  February 24, 2023

     Defendants

## NOTICE OF REMOVAL

    To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

    1.    On or about January 25, 2023, a copy of the Writ, Summons and Complaint was delivered by a marshal to Shelly Kurpaska, Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC at 225 Asylum Street, 20th Floor, in Hartford, Connecticut. The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of New Haven at New Haven on February 21, 2023, entitled: Donna Mangini v. Lowe's Home Center, LLC with docket number NNH-CV23-6130389-S (hereinafter "State Action") returnable March 14, 2023, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

1

2.      There is one named plaintiff in the State Action, Donna Mangini.  In the Complaint, the Plaintiff claims that on or about June 30, 2021 at approximately 4:30 p.m., the Plaintiff was walking down an aisle at the Lowes located at 115 Foxon Road, New Haven, Connecticut, when an overturned advertising sign in the Home and Garden section caused the Plaintiff to slip and fall, and to suffer injuries as a result.  The Complaint alleges that the Plaintiff suffered injuries and damages, which were caused by the negligence of the Defendant.

3.      This action involves citizens of different states.  At all times relevant, the Plaintiff, Donna Mangini, is a citizen of the state of Connecticut and resident of the Town of East Haven. (See Exhibit A, Summons).

4.      The Defendant, Lowe's Home Center, LLC, is a limited liability corporation with a principal place of business in North Carolina.  Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that the members of Lowe's Home Center, LLC and their states of domicile are North Carolina.

5.      Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.      Based on the allegations in the Plaintiff's Complaint and information provided by plaintiff's counsel's office regarding the Plaintiff's injuries and damages, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.  As a result of the overturned sign allegedly causing the Plaintiff to slip and fall, the Plaintiff is claiming she suffered a "left hand and wrist injury" and a "right knee injury."

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102275324

(Ex. A, Complaint at ¶ 9.)  Plaintiff is also claiming that as a result of the overturned sign allegedly causing the Plaintiff to slip and fall, she was caused "great pain, suffering and emotional distress, as well as loss of sleep."  (Ex. A, Complaint at ¶ 10.) Furthermore, the Plaintiff is claiming that as a result of aforementioned injuries she was required to undergo "extensive medical care" including "hospitalization; care of physicians and specialists; x-rays, M.R.I.'s and diagnostic tests; prescription medications; physical therapy; multiple surgeries; gel injections" and may incur costs for future treatment.  (Ex. A, Complaint at ¶ 10.)

7.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the principal place of business of the Defendant Lowe's Home Center, LLC, is wholly diverse from the citizenship of the Plaintiff; (2) the citizenship of the members of the Defendant limited liability company is wholly diverse from the domicile/citizenship of the Plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served on January 25, 2023, and this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were served.

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

3

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102275324

10.     The Superior Court for the Judicial District of New Haven at New Haven is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

11.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of Hartford, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By:   /s/ *Gina M. Hall*
                    Gina M. Hall
                    ghall@morrisonmahoney.com
                    Morrison Mahoney LLP
                    One Constitution Plaza, 10th Floor
                    Hartford, CT 06103
                    Phone:   860-616-4441
                    Fax:        860-244-3800

4

102275324

## __CERTIFICATION__

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **February 24, 2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Edward Walsh, Esq.
51 Elm Street
New Haven, CT 06510
Phone: (203) 624-1700
Fax: (203) 776-4806

By:  /s/ *Gina M. Hall*
       Gina M. Hall

5

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102275324

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church St., New Haven, CT  06510 | ( 203 )  503 – 6800 | MARCH 14, 2023 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: | New Haven | Major: **T** | Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Edward L. Walsh, LLC, 51 Elm St., New Haven, CT  06510 | 102076 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 )  624 – 1700 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|---|
| **First plaintiff** | Name: | MANGINI, DONNA | **P-01** |
| | Address: | 16  Genesee Street, East Haven, CT  06513 | |
| **Additional plaintiff** | Name: | | **P-02** |
| | Address: | | |
| **First defendant** | Name: | LOWE'S HOME CENTERS, LLC | **D-01** |
| | Address: | Agent for Service:  Corporation Service Company, 225 Asylum St., Hartford, CT  06103 | |
| **Additional defendant** | Name: | | **D-02** |
| | Address: | | |
| **Additional defendant** | Name: | | **D-03** |
| | Address: | | |
| **Additional defendant** | Name: | | **D-04** |
| | Address: | | |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 1/24/23 | | ☐ Clerk | EDWARD L. WALSH |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | | |
| c. The court staff is not permitted to give legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

RETURN DATE: MARCH 14, 2023        :      SUPERIOR COURT

DONNA MANGINI                 :      J.D. OF NEW HAVEN

VS.                              :      AT NEW HAVEN

LOWE'S HOME CENTERS, LLC       :      JANUARY 24, 2023

## COMPLAINT

1. The plaintiff, Donna Mangini, is a citizen of the State of Connecticut and resides in the Town of East Haven.

2. On June 30, 2021, and for some time prior thereto, the defendant, Lowe's Home Centers, LLC, owned, possessed, operated, managed and/or controlled the real property, including the buildings located thereon, located at 115 Foxon Road, New Haven, Connecticut (hereinafter, the "premises").

3. At all relevant times, the defendant was responsible for the maintenance and operation of the premises.

4. On June 30, 2021, at approximately 4:30 p.m., the plaintiff was lawfully at the premises as a business invitee of the defendant.

5. At said time and place, there was an overturned sign laying on the ground in the Home and Garden section of the defendant's store.

6. At said time and place, as the plaintiff was walking in the Home and Garden section, she was caused to trip and fall by the overturned sign causing her to sustain the serious and severe injuries hereafter set forth.

7.    On said date, and for a sufficient period of time prior thereto, the overturned sign presented a dangerous tripping hazard, and the defendant knew, or in the exercise of reasonable inspection should have known, of said hazard.

8.    Said occurrence and the plaintiff's injuries and damages were caused by the negligence and carelessness of the defendant, its agents, servants and/or employees in any one or more of the following respects:

a.    They caused, or allowed and permitted, an overturned sign to exist on the floor of its premises;

b. They caused, or allowed and permitted, the overturned sign to create a tripping hazard for its customers, including the plaintiff;

c. They caused, or allowed and permitted, the sign to be and remain in a dangerous and unsafe position on the floor;

d.    They failed to fasten or secure the sign to prevent it from toppling over;

e. They failed to make a reasonable inspection of said floor area and correct said dangerous and unsafe condition created by the overturned sign;

f.    They failed and neglected to keep and maintain said floor area at the premises in a reasonably safe condition;

g.  They failed to warn the plaintiff of the dangerous condition created by the overturned sign.

EDWARD L. WALSH, LLC   •   JURIS NO. 102076
51 ELM STREET   •   NEW HAVEN, CONNECTICUT 06510   •   624-1700

9.  As a result of the defendant's negligence, the plaintiff suffered and sustained the following severe and painful injuries some or all which are, or may be, permanent in nature:

a.  Left hand and wrist injury,

b.  Right knee injury.

10.  Said injuries have caused, and will continue to cause, the plaintiff, great pain, suffering and emotional distress, as well as loss of sleep.  In addition, they have required, and will continue to require, her to undergo extensive medical care and treatment, including, but not limited to:

a.  Hospitalization;

b.  Care of physicians and specialists;

c.  X-rays, M.R.I.'s  and diagnostic tests;

d.  Prescription medications;

e.  Physical therapy;

f.  Multiple surgeries;

g.  Gel injections.

11.  The plaintiff will never again be as well, healthy and able as she was prior to said fall and injury.  She has suffered a severe shock to her nervous system and her health has been permanently impaired.

3

12.     As a further result of said fall and injuries, the plaintiff is unable to fully perform and enjoy life's daily and recreational activities, and she may, or will, be unable to perform and enjoy the same in the future.

WHEREFORE, the plaintiff claims:

1.  Money damages;

2.  Costs;

3.  Such other and further relief as to which equity may pertain.

Dated at New Haven, Connecticut this  24th day of January, 2023.

THE PLAINTIFF,
DONNA MANGINI

By: _____
EDWARD L. WALSH
Edward L. Walsh, LLC
51 Elm Street
New Haven, CT  06510
Phone No. (203) 624-1700
Fax No. (203) 776-4806
Juris #102076

4

RETURN DATE: MARCH 14, 2023     :     SUPERIOR COURT

DONNA MANGINI     :     J.D. OF NEW HAVEN

VS.     :     AT NEW HAVEN

LOWE'S HOME CENTERS, LLC     :     JANUARY 24, 2023

## **STATEMENT OF AMOUNT IN DEMAND**

The amount in demand in this matter, exclusive of interest and costs, is in excess of Fifteen Thousand ($15,000.00) Dollars.

Dated at New Haven, Connecticut this 24th day of January, 2023.

THE PLAINTIFF,

By: _____

EDWARD L. WALSH
Edward L. Walsh, LLC
51 Elm Street
New Haven, CT 06510
Phone No. (203) 624-1700
Fax No. (203) 776-4806
Juris #102076

EDWARD L. WALSH, LLC • 51 ELM STREET • NEW HAVEN, CONNECTICUT 06510 • 624-1700 • JURIS NO. 102076

5

STATE OF CONNECTICUT:
                    : ss: HARTFORD          JANUARY 25, 2023
COUNTY OF HARTFORD  :

      Then and by virtue hereof, and by direction of the Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of SHELLEY KURPASKA, FULFILLMENT SPECIALIST OF CORPORATION SERVICE COMPANY, 225 ASYLUM STREET, 20TH FLOOR, AGENT FOR SERVICE for the within named defendant **LOWE'S HOME CENTERS, LLC,** in the said town of HARTFORD, County of Hartford.

      The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

Verified pages    $ 6.00
Endorsements     2.00
Service          50.00           KEITH NIZIANKIEWICZ
Travel          12.00           CT STATE MARSHAL
          -----------           HARTFORD COUNTY
Total          $70.00

# EXHIBIT B

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
|---|
| **Mar-14-2023** |
| Docket Number |
| **NNH-CV-23-6130389-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**MANGINI, DONNA  v. LOWE'S HOME CENTERS, LLC**

| Housing Session | Judicial District [x] | Geographic Area | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **MORRISON MAHONEY LLP** | Juris number *(For attorney/law firm)* **404459** |
|---|---|
| Mailing address **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number *(Area code first)* **860-616-4441** |

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number **860-244-3800** | E-mail address **ghall@morrisonmahoney.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
[x] The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only:

☐ **Other** *(Specify):*

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
☐ matters in the Family Division of the Superior Court     ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                    *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of:
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)** [x] Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* **414750** | Name of person signing at left *(Print or type)* **GINA MARIE HALL** | Date signed **Feb 24 2023** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___Feb 24 2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**EDWARD WALSH - 51 ELM STREET/NEW HAVEN, CT 06510**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed  *(Signature of filer)* **414750** | Print or type name of person signing **GINA MARIE HALL** | Date signed **Feb 24 2023** |
|---|---|---|

**State of Connecticut Judicial Branch**
# Superior Court E-Filing



---

**Attorney/Firm:** MORRISON MAHONEY LLP (404459)          **E-Mail:** kcunningham@morrisonmahoney.com   Logout

NNH-CV23-6130389-S     **MANGINI, DONNA v. LOWE'S HOME CENTERS, LLC**

**Prefix/Suffix:** [none]     **Case Type:** T03     **File Date:** 02/21/2023     **Return Date:** 03/14/2023

**Hide Instructions**                **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

**Confirmation of E-filed Transaction (print this page for your records)**

**Docket Number:** NNH-CV-23-6130389-S
**Case Name:** MANGINI, DONNA v. LOWE'S HOME CENTERS, LLC
**Type of Transaction:** Appearance
**Date Filed:** Feb 24 2023
**Appearance by:** 404459 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
| --- | --- |
| D-01 | LOWE'S HOME CENTERS, LLC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Feb 24 2023 11:53:56 AM

[ Return to Civil / Family Menu ]

Copyright © 2023, State of Connecticut Judicial Branch

# EXHIBIT C

DOCKET NO.: NNH-CV23-6130389-S      :   SUPERIOR COURT

DONNA MANGINI      :   JUDICIAL DISTRICT OF NEW HAVEN

v.      :   AT NEW HAVEN

LOWE'S HOME CENTERS, LLC      :   FEBRUARY 24, 2023

## **NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT**

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby provides notice that it will file a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By:   /s/ *Gina M. Hall*
         Gina M. Hall
         ghall@morrisonmahoney.com
         Morrison Mahoney LLP
         One Constitution Plaza, 10th Floor
         Hartford, CT 06103
         Phone:    860-616-4441
         Fax:       860-244-3800

## <u>CERTIFICATION</u>

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **February 24, 2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Edward Walsh, Esq.
51 Elm Street
New Haven, CT 06510
Phone: (203) 624-1700
Fax: (203) 776-4806

By:  _/s/ Gina M. Hall_
       Gina M. Hall

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102274994

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

DONNA MANGINI                                    CIVIL ACTION NO.:

      Plaintiff

        v.

LOWE'S HOME CENTER, LLC,                   Date:  February 24, 2023

      Defendants

## <u>NOTICE OF REMOVAL</u>

     To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

     1.     On or about January 25, 2023, a copy of the Writ, Summons and Complaint was delivered by a marshal to Shelly Kurpaska, Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC at 225 Asylum Street, 20th Floor, in Hartford, Connecticut. The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of New Haven at New Haven on February 21, 2023, entitled: <u>Donna Mangini v. Lowe's Home Center, LLC</u> with docket number NNH-CV23-6130389-S (hereinafter "State Action") returnable March 14, 2023, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

1

2.     There is one named plaintiff in the State Action, Donna Mangini.  In the Complaint, the Plaintiff claims that on or about June 30, 2021 at approximately 4:30 p.m., the Plaintiff was walking down an aisle at the Lowes located at 115 Foxon Road, New Haven, Connecticut, when an overturned advertising sign in the Home and Garden section caused the Plaintiff to slip and fall, and to suffer injuries as a result.  The Complaint alleges that the Plaintiff suffered injuries and damages, which were caused by the negligence of the Defendant.

3.     This action involves citizens of different states.  At all times relevant, the Plaintiff, Donna Mangini, is a citizen of the state of Connecticut and resident of the Town of East Haven. (See Exhibit A, Summons).

4.     The Defendant, Lowe's Home Center, LLC, is a limited liability corporation with a principal place of business in North Carolina.  Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that the members of Lowe's Home Center, LLC and their states of domicile are North Carolina.

5.     Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.     Based on the allegations in the Plaintiff's Complaint and information provided by plaintiff's counsel's office regarding the Plaintiff's injuries and damages, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.  As a result of the overturned sign allegedly causing the Plaintiff to slip and fall, the Plaintiff is claiming she suffered a "left hand and wrist injury" and a "right knee injury."

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

102275324

(Ex. A, Complaint at ¶ 9.)  Plaintiff is also claiming that as a result of the overturned sign allegedly causing the Plaintiff to slip and fall, she was caused "great pain, suffering and emotional distress, as well as loss of sleep."  (Ex. A, Complaint at ¶ 10.) Furthermore, the Plaintiff is claiming that as a result of aforementioned injuries she was required to undergo "extensive medical care" including "hospitalization; care of physicians and specialists; x-rays, M.R.I.'s and diagnostic tests; prescription medications; physical therapy; multiple surgeries; gel injections" and may incur costs for future treatment.  (Ex. A, Complaint at ¶ 10.)

7.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the principal place of business of the Defendant Lowe's Home Center, LLC, is wholly diverse from the citizenship of the Plaintiff; (2) the citizenship of the members of the Defendant limited liability company is wholly diverse from the domicile/citizenship of the Plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq.*

8.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served on January 25, 2023, and this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were served.

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

3

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

102275324

10.     The Superior Court for the Judicial District of New Haven at New Haven is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

11.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of Hartford, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC


By:  /s/ *Gina M. Hall*
      Gina M. Hall
      ghall@morrisonmahoney.com
      Morrison Mahoney LLP
      One Constitution Plaza, 10th Floor
      Hartford, CT 06103
      Phone:   860-616-4441
      Fax:       860-244-3800

4

102275324

## **CERTIFICATION**

      The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **February 24, 2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Edward Walsh, Esq.
51 Elm Street
New Haven, CT 06510
Phone: (203) 624-1700
Fax: (203) 776-4806

By:  _/s/ Gina M. Hall_____
          Gina M. Hall

5

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102275324

# EXHIBIT B

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on |
| ADA accommodations, |
| contact a court clerk or |
| go to: *www.jud.ct.gov/ADA.* |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church St., New Haven, CT  06510 | ( 203 )  503 – 6800 | **MARCH 14, 2023** |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **New Haven** | Major: **T**    Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Edward L. Walsh, LLC, 51 Elm St., New Haven, CT  06510 | 102076 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 )  624 – 1700 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|---|
| **First plaintiff** | Name: | **MANGINI, DONNA** | P-01 |
| | Address: | 16  Genesee Street, East Haven, CT  06513 | |
| **Additional plaintiff** | Name: | | P-02 |
| | Address: | | |
| **First defendant** | Name: | **LOWE'S HOME CENTERS, LLC** | D-01 |
| | Address: | Agent for Service:  Corporation Service Company, 225 Asylum St., Hartford, CT  06103 | |
| **Additional defendant** | Name: | | D-02 |
| | Address: | | |
| **Additional defendant** | Name: | | D-03 |
| | Address: | | |
| **Additional defendant** | Name: | | D-04 |
| | Address: | | |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| **1/24/23** | | ☒ Commissioner of Superior Court | **EDWARD L. WALSH** |
| | | ☐ _____ Clerk | |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

RETURN DATE: MARCH 14, 2023        :        SUPERIOR COURT

DONNA MANGINI                 :        J.D. OF NEW HAVEN

VS.                                 :        AT NEW HAVEN

LOWE'S HOME CENTERS, LLC       :        JANUARY 24, 2023

## COMPLAINT

1.   The plaintiff, Donna Mangini, is a citizen of the State of Connecticut and resides in the Town of East Haven.

2.   On June 30, 2021, and for some time prior thereto, the defendant, Lowe's Home Centers, LLC, owned, possessed, operated, managed and/or controlled the real property, including the buildings located thereon, located at 115 Foxon Road, New Haven, Connecticut (hereinafter, the "premises").

3.   At all relevant times, the defendant was responsible for the maintenance and operation of the premises.

4.   On June 30, 2021, at approximately 4:30 p.m., the plaintiff was lawfully at the premises as a business invitee of the defendant.

5.   At said time and place, there was an overturned sign laying on the ground in the Home and Garden section of the defendant's store.

6.   At said time and place, as the plaintiff was walking in the Home and Garden section, she was caused to trip and fall by the overturned sign causing her to sustain the serious and severe injuries hereafter set forth.

EDWARD L. WALSH, LLC ● 51 ELM STREET ● NEW HAVEN, CONNECTICUT 06510 ● 624-1700 ● JURIS NO. 102076

7.    On said date, and for a sufficient period of time prior thereto, the overturned sign presented a dangerous tripping hazard, and the defendant knew, or in the exercise of reasonable inspection should have known, of said hazard.

8.    Said occurrence and the plaintiff's injuries and damages were caused by the negligence and carelessness of the defendant, its agents, servants and/or employees in any one or more of the following respects:

a.    They caused, or allowed and permitted, an overturned sign to exist on the floor of its premises;

b. They caused, or allowed and permitted, the overturned sign to create a tripping hazard for its customers, including the plaintiff;

c. They caused, or allowed and permitted, the sign to be and remain in a dangerous and unsafe position on the floor;

d.    They failed to fasten or secure the sign to prevent it from toppling over;

e. They failed to make a reasonable inspection of said floor area and correct said dangerous and unsafe condition created by the overturned sign;

f.    They failed and neglected to keep and maintain said floor area at the premises in a reasonably safe condition;

g.  They failed to warn the plaintiff of the dangerous condition created by the overturned sign.

2

9.   As a result of the defendant's negligence, the plaintiff suffered and sustained the following severe and painful injuries some or all which are, or may be, permanent in nature:

    a.   Left hand and wrist injury,

    b.   Right knee injury.

10.   Said injuries have caused, and will continue to cause, the plaintiff, great pain, suffering and emotional distress, as well as loss of sleep.  In addition, they have required, and will continue to require, her to undergo extensive medical care and treatment, including, but not limited to:

    a.   Hospitalization;

    b.   Care of physicians and specialists;

    c.   X-rays, M.R.I.'s  and diagnostic tests;

    d.   Prescription medications;

    e.   Physical therapy;

    f.   Multiple surgeries;

    g.   Gel injections.

11.   The plaintiff will never again be as well, healthy and able as she was prior to said fall and injury.  She has suffered a severe shock to her nervous system and her health has been permanently impaired.

EDWARD L. WALSH, LLC   51 ELM STREET   •   NEW HAVEN, CONNECTICUT 06510   •   624-1700   •   JURIS NO. 102076

3

12.     As a further result of said fall and injuries, the plaintiff is unable to fully perform and enjoy life's daily and recreational activities, and she may, or will, be unable to perform and enjoy the same in the future.

WHEREFORE, the plaintiff claims:

1. Money damages;

2. Costs;

3. Such other and further relief as to which equity may pertain.

Dated at New Haven, Connecticut this  24th day of January, 2023.

THE PLAINTIFF,
DONNA MANGINI

By: _____
     EDWARD L. WALSH
     Edward L. Walsh, LLC
     51 Elm Street
     New Haven, CT  06510
     Phone No. (203) 624-1700
     Fax No. (203) 776-4806
     Juris #102076

4

RETURN DATE: MARCH 14, 2023       :      SUPERIOR COURT

DONNA MANGINI                 :      J.D. OF NEW HAVEN

VS.                              :      AT NEW HAVEN

LOWE'S HOME CENTERS, LLC     :      JANUARY 24, 2023

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in this matter, exclusive of interest and costs, is in excess of Fifteen Thousand ($15,000.00) Dollars.

Dated at New Haven, Connecticut this 24th day of January, 2023.

THE PLAINTIFF,

By:

EDWARD L. WALSH
Edward L. Walsh, LLC
51 Elm Street
New Haven, CT 06510
Phone No. (203) 624-1700
Fax No. (203) 776-4806
Juris #102076

EDWARD L. WALSH, LLC  •  NEW HAVEN, CONNECTICUT 06510  •  624-1700  •  JURIS NO. 102076
51 ELM STREET

STATE OF CONNECTICUT:

                    : ss: HARTFORD        JANUARY 25, 2023

COUNTY OF HARTFORD  :

      Then and by virtue hereof, and by direction of the Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of SHELLEY KURPASKA, FULFILLMENT SPECIALIST OF CORPORATION SERVICE COMPANY, 225 ASYLUM STREET, 20TH FLOOR, AGENT FOR SERVICE for the within named defendant **LOWE'S HOME CENTERS, LLC,** in the said town of HARTFORD, County of Hartford.

      The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| Verified pages | $ 6.00 |
| Endorsements | 2.00 |
| Service | 50.00 |
| Travel | 12.00 |
| | ----------- |
| Total | $70.00 |

State of Connecticut
County of Hartford
Department of Administrative Services

EXHIBIT C

**APPEARANCE**
JD-CL-12   Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date (For Civil/Family cases) |
|---|
| **Mar-14-2023** |
| Docket Number |
| **NNH-CV-23-6130389-S** |

**Name of case** (Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

**MANGINI, DONNA  v. LOWE'S HOME CENTERS, LLC**

| Housing Session | Judicial District [X] | Geographic Area | Address of court (Number, street, town and zip code) **235 CHURCH STREET NEW HAVEN, CT 06510** | Scheduled court date (Criminal/Motor Vehicle cases only) |
|---|---|---|---|---|

## Enter the Appearance of

| Name (Your name or name of official, firm, professional corporation, or individual attorney) **MORRISON MAHONEY LLP** | Juris number (For attorney/law firm) **404459** |
|---|---|

| Mailing address **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number (Area code first) **860-616-4441** |
|---|---|---|

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number **860-244-3800** | E-mail address **ghall@morrisonmahoney.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| ☐ The Plaintiff. | [X] The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: _____ | ☐ The following Defendant(s) only: _____ |

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender  or  ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                              (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                                         *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

| I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)  [X] Yes    ☐ No |
|---|

| Signed (Individual attorney or self-represented party) **414750** | Name of person signing at left (Print or type) **GINA MARIE HALL** | Date signed **Feb 24 2023** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___**Feb 24 2023**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**EDWARD WALSH - 51 ELM STREET/NEW HAVEN, CT 06510**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer) *414750* | Print or type name of person signing **GINA MARIE HALL** | Date signed **Feb 24 2023** |
|---|---|---|

**State of Connecticut Judicial Branch**
# Superior Court E-Filing



**Attorney/Firm:** MORRISON MAHONEY LLP (404459)        **E-Mail:** kcunningham@morrisonmahoney.com   Logout

NNH-CV23-6130389-S    MANGINI, DONNA v. LOWE'S HOME CENTERS, LLC

**Prefix/Suffix:** [none]    **Case Type:** T03    **File Date:** 02/21/2023    **Return Date:** 03/14/2023

**Hide Instructions**          **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

**Confirmation of E-filed Transaction (print this page for your records)**

|  |  |
|---|---|
| **Docket Number:** | NNH-CV-23-6130389-S |
| **Case Name:** | MANGINI, DONNA v. LOWE'S HOME CENTERS, LLC |
| **Type of Transaction:** | Appearance |
| **Date Filed:** | Feb 24 2023 |
| **Appearance by:** | 404459 MORRISON MAHONEY LLP |

**Appearance for this Party(ies)**

| Party # | Party Name |
|---|---|
| D-01 | LOWE'S HOME CENTERS, LLC |

|  |  |
|---|---|
| **Document Filed:** | JD-CL-12 Appearance |
| **Date and Time of Transaction:** | Feb 24 2023 11:53:56 AM |

[ Return to Civil / Family Menu ]

Copyright © 2023, State of Connecticut Judicial Branch

State of Connecticut Judicial Branch
# Superior Court E-Filing

**Attorney/Firm:** MORRISON MAHONEY LLP (404459)          **E-Mail:** kcunningham@morrisonmahoney.com   Logout

**Hide Instructions**                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

**Confirmation of E-filed Transaction  (print this page for your records)**

| | |
|---|---|
| **Docket Number:** | NNH-CV-23-6130389-S |
| **Case Name:** | MANGINI, DONNA v. LOWE'S HOME CENTERS, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Feb-24-2023 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (404459) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Friday, February 24, 2023 12:09:02 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]      [ Return to Case Detail ]

Copyright © 2023, State of Connecticut Judicial Branch